THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANICE MARIE PALMITER,<br><br>Plaintiff,<br><br>v.<br><br>CAROL W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C14-0611-JCC-MAT<br><br>ORDER OF REMAND |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. No. 18).  It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REMANDS this matter for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

//

//

//

//

//

1    DATED this 6th day of January 2015.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE